# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2013

Robert P. Young, Jr.,
Chief Justice

147167-8

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

CLIFFORD LEE, JR.,
        Plaintiff-Appellee,

v

SC: 147167
COA: 313217
Wayne CC: 11-003138-NI

ROBERT CROSKEY and THE WOLPIN
COMPANY, d/b/a TRI-COUNTY BEVERAGE
COMPANY/WAYNE COUNTY,
        Defendants-Appellants.

_____/

EMILY KINCAID,
        Plaintiff-Appellee,

v

SC: 147168
COA: 313218
Wayne CC: 11-004918-NI

ROBERT CROSKEY and THE WOLPIN
COMPANY, d/b/a TRI-COUNTY BEVERAGE
COMPANY/WAYNE COUNTY,
        Defendants-Appellants.

_____/

       On order of the Court, the application for leave to appeal the March 7, 2013 orders of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2013



Clerk

t0923